**STATE of Missouri, Respondent,**

v.

**James J. CARRUTH, Appellant.**

**No. WD 64066.**

Missouri Court of Appeals, Western District.

June 14, 2005.

Kent Denzel, Columbia, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and PATRICIA A. BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Mr. James J. Carruth appeals his conviction for possession of a controlled substance and sentence of six years imprisonment following a jury trial. Mr. Carruth asserts on appeal that the trial court erred and abused its discretion in overruling his objections and admitting two exhibits.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).